```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 10241
  VALENTIN ZIZUMBO
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-0447
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/21/06 and confirmed on 10/24/06.

2. The case was dismissed after confirmation, 10/23/2008.

3. The Debtor paid a total of $ 65824.82 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | 58100.51 | .00 | 58100.51 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 28038.55 | .00 | 3155.98 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| CHASE MANHATTAN BANK | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 1060.00 | .00 | .00 |
| CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| ILL STATE TOLL HIWAY AUT | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| STERLING INC | UNSECURED | 398.27 | .00 | .00 |
| GALWAY FINANCIAL SERVICE | UNSECURED | 1561.38 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 86139.06 | .00 | 3019.65 | .00 | 89158.71 |
| PRINCIPAL PAID | 61256.49 | .00 | .00 | .00 | 61256.49 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 61256.49 | .00 | .00 | .00 | 61256.49 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $  3000.00
and was paid $   1500.00  direct and $   1500.00  through the plan.

The Trustee received $    3068.33 .

Refunds to the Debtor totaled $         .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/16/09                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE